# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2022

## NO. 03-22-00223-CV

**Mark S Kemple and Charlene Patricia Kemple, Appellants**

**v.**

**Texas Residential Management, Kevin Shae, and Haydee Shae, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## VACATED AND REMANDED ON JOINT MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the final judgment signed by the trial court on January 19, 2022. The parties have filed a joint motion to vacate the trial court's judgment and remand the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, vacates the trial court's judgment without regard to the merits, and remands the case to the trial court for rendition of a judgment in accordance with the parties' agreement. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.